# GOULD REIMER WALSH GOFFIN COHN LLP
## ATTORNEYS AT LAW

FRANKLYN GOULD
NORMAN L. REIMER
SUSAN J. WALSH
MARCIA GOFFIN
FREDERICK H. COHN
PAUL FELDMAN

WILLIAM H. BENDER
DAVID M. MURPHY

61 BROADWAY, SUITE 1601
NEW YORK, NEW YORK 10006
TEL: (212) 267-2600
FAX: (212) 267-3024
WWW.GRWGLAWFIRM.COM
FCOHN@FREDERICKCOHN.COM

August 11, 2005

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 17 2005 ★
P.M. _____
TIME A.M. _____

Hon. Carol B. Amon
United States District Judge
Courthouse
225 Cadman Plaza West
Brooklyn, NY 11201

Re: United States v. James Brown 04 CR 229(CBA)

Dear Judge Amon:

The above defendant is released on bond a condition of which was the posting of his house as collateral. The Government has agreed amend the bond and release the lien on Mr. Brown's home. Have forwarded the proposed release of lien to Eric R. Komittee for execution subject, of course, to your approval of this application.

Respectfully yours,

Frederick H. Cohn

CC: Eric R. Komittee, AUSA
James Brown

Application — granted

/s/ HON. CAROL B. AMON
8/15/05

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## RELEASE OF LIEN

STATE OF TEXAS §
§
COUNTY OF COLLIN §

Date: August 2, 2005

Holder of Lien: United States of America

Holder's Mailing Address: United States of America
c/o United States Attorney for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201 (County of Kings)

Lien and Obligation Secured by Lien Are Described in the Following Document:

Deed of Trust dated March 30, 2004 executed by James E. Brown and Jacqueline Brown in favor of United States Attorney for the Eastern District of New York, as trustee, for the benefit of Holder of Lien, and recorded at Volume 5637, Page 6423 of the Real Property Records of Collin County, Texas (the "Deed of Trust").

Property (including any improvements):

LOT 7, IN BLOCK B, OF FIRST AMENDED PLAT OF PARKER LAKE ESTATES, PHASE I, AN ADDITION TO THE CITY OF PARKER, COLLIN COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME M, PAGE 202, PLAT RECORDS, COLLIN COUNTY, TEXAS.

---

Holder of Lien is the owner and holder of the Lien described above, and the beneficiary under the Deed of Trust described above.

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by Holder of Lien, Holder of Lien releases the Property from the Lien and from all liens and claims held by Holder of Lien, without regard to how they were created or evidenced, including, without limitation, all liens and claims arising out of the Deed of Trust.

Holder of Lien expressly waives and releases all present and future rights to establish or enforce the Lien as security for the performance of any future or other obligations or the payment of any future or other indebtedness.

When the context requires, singular nouns and pronouns include the plural.

HOLDER OF LIEN:   UNITED STATES OF AMERICA

By:   United States Attorney for the Eastern
District of New York, its authorized representative

By: _____
Eric R. Komitee, Assistant United States Attorney
for the Eastern District of New York

STATE OF NEW YORK    §
                     §
COUNTY OF KINGS      §

The foregoing instrument was subscribed and sworn to and acknowledged before me on August _____, 2005, by Eric R. Komitee, Assistant United States Attorney acting for the United States Attorney for the Eastern District of New York, authorized representative of the United States of America, on behalf of the United States of America.

_____
Notary Public, State of New York

[NOTARY SEAL]

_____
Printed Name of Notary Public

My Commission Expires:_____

237385_1 ell (5006.2)

**After Recording, Please Return To:**
Mr. Jim Brown
31003 West 143rd Street
Gardner, Kansas  66030